# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201700367

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## THADEUS E. SMITH
Lance Corporal (E-3), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel M.D. Libretto, USMC.
Convening Authority: Commanding Officer, Marine Corps Air
Station Beaufort, Beaufort, SC.
Staff Judge Advocate's Recommendation: Major T.F. Eslinger,
USMC.
For Appellant: Captain Matthew A. Blackwood, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 12 March 2018

―――――――――――――

Before HUTCHISON, SAYEGH, and STEPHENS, *Appellate Military
Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court